IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN EDWARD PARKER,**

    *Plaintiff,*

v.                                                 Case No.: 4:22cv205-MW/MJF

**FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7. The Magistrate Judge recommends dismissal pursuant to 28 U.S.C. § 1915(g). In response, Plaintiff asserts he is in imminent danger because he is considered a "writ writer" who faces hostility in prison and may be killed or "cut in the face" by others. ECF No. 7 at 2. However, Plaintiff's amended complaint does not concern any allegation of imminent harm. Instead, he alleges that he has been stripped of two stimulus checks. Here, "the issue is whether his complaint, as a whole, alleges imminent danger of serious physical injury." *Brown v. Johnson*, 387 F.3d 1344, 1350 (11th Cir. 2004). Upon review, the clear answer to that question is no. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 5, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing and administrative fees." The Clerk shall close the file.

**SO ORDERED on July 21, 2022.**

                                                <u>s/Mark E. Walker</u>
                                                **Chief United States District Judge**